IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES SIDOTI,** | 3:19-cv-01028-GPC-NLS |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| **R. SOLIS, et al.,** | |
| Defendants. | |

On October 20, 2020, the parties filed a Joint Motion to Dismiss in its entirety with Prejudice. The Court **GRANTS** the Motion and dismisses this action with prejudice. Each side shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: October 21, 2020

Hon. Gonzalo P. Curiel
United States District Judge

1